Date: 02/03/10

# DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 08-10658 - STACEY, LATISHA JILL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Lee Memorial Health System<br>PO Box 150107<br>Cape Coral FL 33915-0107<br>7711 / 6158 | 000006 | 60.00 | 2.76 |
| ---------- Remittance Total ---------- | | 60.00 | 2.76 |

*[signature]*

STEVEN L. SPETH, Trustee

FILED
AT WICHITA, KS
FEB 04 2010
CLERK
U.S. Court of Bankruptcy
By_____ Deputy

Case 08-10658    Doc# 28    Filed 02/04/10    Page 1 of 1